**Order entered August 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00945-CV

### IN RE SONJA Y. WEBSTER, Relator

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-10-865-2**

## ORDER
Before Justices Francis, Myers and Schenck

Before the Court is relator's petition for writ of mandamus. We **DENY** the petition. We

**ORDER** relator to bear the costs of this original proceeding.


/s/     MOLLY FRANCIS
          JUSTICE